**STATE of Maine**

v.

**Robert IFILL.**

Supreme Judicial Court of Maine.

Submitted on Briefs June 12, 1985.

Decided June 13, 1985.

David W. Crook, Dist. Atty., William Baghdoyan, Asst. Dist. Atty., Augusta, for plaintiff.

Mark S. Kierstead, Augusta, for defendant.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

After a jury-waived trial in the Superior Court, Kennebec County, the defendant was convicted of the criminal violation of operation of a motor vehicle while under the influence of intoxicating liquor, 29 M.R.S.A. § 1312-B (Supp.1984–1985). The defendant raises several constitutional issues, all related to the State's determination to proceed against him criminally under 29 M.R.S.A. § 1312-B rather than civilly under 29 M.R.S.A. § 1312-C. In light of our holding in *State v. Freeman,* 487 A.2d 1175 (Me.1985), that section 1312-C is unconstitutional, we need not consider the issues raised by the defendant and express no opinion thereon. *State v. Brown,* 488 A.2d 939, 941 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.